IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen  
Court Reporter:  Gwen Daniel  
Interpreter: Susana Cahill  

Date:  October 15, 2015  
Probation: Kyla Hamilton  
Time: fifty minutes

_____

Criminal Action No.  12-cr-00242-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  IVAN GOMEZ-AVILA,

    Defendant.

<u>Counsel:</u>

Zachary Phillips  
Kasandra Carleton

Harvey Steinberg  
Ariel Benjamin

_____

# COURTROOM MINUTES
_____

HEARING - SENTENCING

01:40 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Steinberg

1

**ORDERED:** **The Government's Motion to Dismiss [1072] is GRANTED.  Counts One and Four of the Indictment are dismissed as to Ivan Gomez-Avila only.**

**ORDERED:** **The Government's Motion for Downward Departure Pursuant To U.S.S.G. § 5K1.1 [1073] is GRANTED.**

Discussion/Argument

(The Court takes a few minutes to read a letter from the defendant's family.)

Defendant's Allocution

**ORDERED:** **Defendant's Motion For Variant Sentence [1074] is GRANTED IN PART.**

Defendant plead guilty to Counts One and Two of the Information and admitted to the forfeiture allegation in the Indictment on July 7, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Ivan Gomez-Avila, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 48 months on Count Two of the Information and 12 months on Count One of the Information, to run consecutively, for a total term of 60 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:** **Upon release from imprisonment, defendant is placed on supervised release for a term of one year on each count, to be served concurrently.**

**If defendant is not deported, within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

>**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**
>
>**The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because it is likely that the defendant will be deported.**
>
>**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Condition of Supervised Release:**

>**1.   If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return.**

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:** **The Special Assessment fee of $200.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

02:30 p.m.   Court in Recess
             Hearing concluded